JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6927.   HAMILTON, AS NATURAL MOTHER AND NEXT FRIEND OF SMITH v. TEXAS, 495 U. S. 923;

No. 88–1213.   EMPLOYMENT DIVISION, DEPARTMENT OF HUMAN RESOURCES OF OREGON, ET AL. v. SMITH ET AL., 494 U. S. 872;

No. 88–5986.   OSBORNE v. OHIO, 495 U. S. 103;

No. 89–1319.   TARKA v. FRANKLIN ET AL., 494 U. S. 1080;

No. 89–1334.   ROSENTHAL v. YOUNG ET AL., 494 U. S. 1080;

No. 89–1341.   RAMIREZ v. TRANSAMERICAN NATURAL GAS CORP. ET AL., 494 U. S. 1081;

No. 89–1382.   IN RE FREED, 494 U. S. 1077;

No. 89–5737.   COLEMAN v. SAFFLE, WARDEN, ET AL., 494 U. S. 1090;

No. 89–6302.   WILLIAMS v. KEMP, WARDEN, 494 U. S. 1090;

No. 89–6818.   IN RE HICKS, 494 U. S. 1077;

No. 89–6835.   WATTS v. FOSTER ET AL., 494 U. S. 1088;

No. 89–6869.   JUSTICE v. OHIO ET AL., 494 U. S. 1089; and

No. 89–6888.   GULATI v. UNITED STATES, 494 U. S. 1089.   Petitions for rehearing denied.

No. 86–1964.   WALLACE v. ARIZONA, 483 U. S. 1011.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Motion for leave to file petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 89–5629.   WALLACE v. ARIZONA, 494 U. S. 1047.   Petition for rehearing denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

JUNE 8, 1990

No. 89–1743.   BELL ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir.   Certiorari dismissed under this Court's Rule 46.